```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

WAVEFORM TELEMEDIA, INC.,

       Petitioner,

  -against-

PANORAMA WEATHER NORTH AMERICA,

       Respondent.

06 Civ. 5270 (CM)(MDF)

------------------------------------------------------------x

WAVEFORM TELEMEDIA, INC.,

       Petitioner,

  -against-

SITOUR, NORTH AMERICA d/b/a
SITOUR U.S.A., and RECREATION
RESORT NETWORK, INC.,

       Respondents.

06 Civ. 5271 (CM)(MDF)

------------------------------------------------------------x

### DECISION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AS THE DECISION OF THE COURT

McMahon, J.:

    After reviewing the thoughtful and well-reasoned Report of the Hon. Mark D. Fox, United States Magistrate Judge, and finding the objections filed thereto by petitioner Waveform Telemedia, Inc., to be without merit, the court adopts the Report as its decision and directs the Clerk of the Court to enter judgment accordingly.

March 2, 2007

_____
U.S.D.J.

BY HAND TO MAGISTRATE JUDGE FOX
BY FAX TO ALL COUNSEL